Nos. 543 and 544. Loehr, Mayor, et al. *v.* Downey, Receiver. February 1, 1940. John J. Condon, Mayor, Gustav W. Klein, Jr., First Deputy and Acting Comptroller, and Raymond J. Whitney, City Manager, etc., successors to Joseph F. Loehr, Mayor, James J. Hushion, Comptroller, and Dennis M. Morrissey, Commissioner of Public Safety, respectively, substituted as the parties pe-

titioners herein on motion of *Mr. George P. Barse* on behalf of counsel for the petitioners.